UNITED STATES of America, Appellee,

v.

Jacob A. KANATZAR, Appellant.

No. 03–3376.

United States Court of Appeals, Eighth Circuit.

Submitted: March 3, 2005.

Filed: June 20, 2005.

Paul S. Becker, U.S. Attorney's Office, Kansas City, MO, for Appellee.

Anita Lee Burns, Federal Public Defender's Office, Kansas City, MO, for Appellant.

Before WOLLMAN, ARNOLD,[1] and MORRIS SHEPPARD ARNOLD, Circuit Judges.

MORRIS SHEPPARD ARNOLD, Circuit Judge.

The Supreme Court of the United States granted certiorari in this case, vacated our judgment, and remanded the case to us for reconsideration in light of *United States v. Booker,* — U.S. —, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005). *See Kanatzar v. United States,* — U.S. —, 125 S.Ct. 1010, 160 L.Ed.2d 1029 (2005), *granting cert. and vacating the judgment in United States v. Kanatzar,* 370 F.3d 810 (8th Cir. 2004). In *Booker,* 125 S.Ct. at 749–51, the Court held that sentence enhancements based solely on facts found by a court

---

1. The Honorable Richard S. Arnold died on September 23, 2004. This opinion is being filed by the remaining judges of the panel pursuant to 8th Cir. R. 47E.

under mandatory federal sentencing guidelines violate the sixth amendment, which the Court then remedied by making the sentencing guidelines advisory rather than mandatory, *id.* at 764.

We have examined the relevant record and conclude that the defendant, Jacob Kanatzar, did not preserve a *Booker* issue, and that he is not entitled to plain-error relief because he cannot show that his substantial rights were affected, *see United States v. Pirani,* 406 F.3d 543, 550–53 (8th Cir.2005) (en banc). We therefore conclude that *Booker* did not affect our previous opinion in this case. Accordingly we reinstate our prior opinion and again affirm the judgment of the district court.[2]

**2.** The Honorable Fernando J. Gaitan, Jr., United States District Judge for the Western District of Missouri.